**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **TERE ANN GERARDINO,** | |
| Plaintiff, | 2008-CV-0016 |
| v. | |
| **TPVI,** | |
| Defendant. | |

TO: Joel H. Holt, Esq.
Douglas L. Capdeville, Esq.

## ORDER

THIS MATTER came before the Court upon the Motion of Defendant to Dispense with Mediation (Docket No. 29). Plaintiff filed a response to said motion. This order is issued without necessity of reply.

On September 29, 2008, District Judge Finch entered an order (Docket No. 33) granting Defendant's Motion to Compel Arbitration and to Stay Proceedings. In view of the said order referring this matter to arbitration, the Court finds the said motion of Defendant to dispense with mediation to be moot.

Accordingly, it is now hereby **ORDERED** the Motion of Defendant to Dispense with Mediation (Docket No. 29) is **DENIED AS MOOT.**

*Gerardino v. TPVI, Inc.*
2008-CV-0016
Order
Page 2

ENTER:

Dated: September 30, 2008          /s/
                                   GEORGE W. CANNON, JR.
                                   U.S. MAGISTRATE JUDGE